*E-Filed 4/15/11*

Daniel T. LeBel, SBN 246169
danlebel@consumerlawpractice.com
**CONSUMER LAW PRACTICE
OF DANIEL T. LEBEL**
601 Van Ness Avenue,
Opera Plaza, Suite 2080
San Francisco, CA 94102
Tel: (415) 513-1414

ADDITIONAL COUNSEL
LISTED ON SIGNATURE PAGE

*Attorneys for Individual and
Representative Plaintiff
James Thomas Long d/b/a
James Thomas Long Photography*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES THOMAS LONG d/b/a JAMES THOMAS LONG PHOTOGRAPHY, on behalf of himself and the proposed class;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INGENIO, INC. d/b/a AT&T Interactive, a corporation; and DOES 1-50,<br><br>　　　　Defendants. | Case No. CV 10-5761 RS<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFENDANT INGENIO, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:   Hon. Richard Seeborg<br><br>CLASS ACTION |

1. WHEREAS, on March 30, 2011, Defendant Ingenio, Inc, ("Ingenio") filed a Motion for Summary Judgment arguing that Ingenio is improperly named in this matter ("Motion") and noticed the motion for hearing on May 5, 2011;

2. WHEREAS, on March 31, 2011, the Court conducted an initial case management conference in this matter and ordered that the parties should meet and confer concerning the discovery Plaintiff needs to respond to Ingenio's Motion;

3. WHEREAS, Plaintiff served Ingenio with a notice of deposition pursuant to Fed. R. Civ. P. 30(b)(6) and Plaintiff's Requests for Production of Documents on March 31, 2011 and April 1, 2011 respectively;

4. WHEREAS, Plaintiff's opposition to Ingenio's Motion is currently due on April 14, 2011;

5. WHEREAS, the parties have been cooperating to complete discovery relating to the Motion and agree that additional time is necessary; and

6. WHEREAS, pursuant to Civil Local Rule 6-2(a), the parties agree to an enlarged briefing schedule.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties as follows:

- Plaintiff shall file its Opposition to Ingenio Inc.'s Motion for Summary Judgment by Thursday, May 12, 2011;
- Defendant shall file its Reply in support of its Motion by Thursday, May 19, 2011; and
- Defendant's Motion will be heard on Thursday, June 2, 2011.

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED AND AGREED.

Dated:  April 13, 2011	Respectfully submitted,
**CONSUMER LAW PRACTICE**
**OF DANIEL T. LEBEL**

*/s/ Daniel T. LeBel*_____
Daniel T. LeBel

Nancy Hersh
Charles Kelly
**HERSH + HERSH**

Sheri L. Kelly, SBN 226993
**LAW OFFICE OF SHERI L. KELLY**

*Attorneys for Plaintiff and the proposed Class*

Dated:  April 13, 2011	**KILPATRICK TOWNSEND STOCKTON, LLP**

/s/Mehrnaz Boroumand Smith__
MEHRNAZ BOROUMAND SMITH

*Attorneys for Defendant INGENIO, INC.*
*d/b/a AT&T INTERACTIVE*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __4/15/11_____	_____
 Hon. Richard Seeborg
 United States District Judge

3
STIP. AND [~~PROPOSED~~] ORDER RE SUMMARY JUDGMENT BRIEFING SCHEDULE