Daniel T. LeBel, SBN 246169
danlebel@consumerlawpractice.com
**CONSUMER LAW PRACTICE**
**OF DANIEL T. LEBEL**
3 Embarcadero Center, Suite 1650
San Francisco, CA 94111
Tel: (415) 513-1414

ADDITIONAL COUNSEL
LISTED ON SIGNATURE PAGE

*Attorneys for Individual and Representative Plaintiff James Thomas Long d/b/a James Thomas Long Photography*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES THOMAS LONG d/b/a JAMES THOMAS LONG PHOTOGRAPHY, on behalf of himself and the proposed class;<br><br>Plaintiff,<br><br>v.<br><br>INGENIO, INC. d/b/a AT&T Interactive, a corporation; and DOES 1-50,<br><br>Defendants. | Case No. CV 10-5761 RS<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER RE BRIEFING SCHEDULE FOR MOTION FOR LEAVE TO AMEND**<br><br>Judge:   Hon. Richard Seeborg<br><br>CLASS ACTION |

1. WHEREAS, on November 15, 2013, the Court ordered Plaintiff to file a motion for leave to amend ("Motion");

2. WHEREAS, in addition to other obligations, Plaintiff's counsel are presently preparing briefing in other matters, and Plaintiff's lead counsel is preparing for a bench trial on December 13, 2013; and

3. WHEREAS, pursuant to Civil Local Rule 6-2(a), the parties agree to an enlarged briefing schedule.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties as follows:

- James Thomas Long will file his Motion by December 23, 2013;
- Ingenio Inc. will file its brief in opposition by January 13, 2013;
- James Thomas Long will file a reply brief in support of the Motion by January 21, 2013; and
- the Motion will be heard on Thursday, February 6, 2013, or on another date thereafter at the Court's convenience.

/ / /
/ / /
/ / /
/ / /

IT IS SO STIPULATED AND AGREED.

Dated: December 10, 2013          Respectfully submitted,

**CONSUMER LAW PRACTICE**
**OF DANIEL T. LEBEL**

*/s/ Daniel T. LeBel*
Daniel T. LeBel


Sheri L. Kelly,
**LAW OFFICE OF SHERI L. KELLY**

*Attorneys for Plaintiff and the proposed Class*


Dated: December 10, 2013          **KILPATRICK TOWNSEND STOCKTON, LLP**

/s/Mehrnaz Boroumand Smith
MEHRNAZ BOROUMAND SMITH

*Attorneys for Defendant INGENIO, INC.*
*d/b/a AT&T INTERACTIVE*


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/11/13                    _____
                                   Hon. Richard Seeborg
                                   United States District Judge

3
STIP. AND [PROPOSED] ORDER RE BRIEFING SCHEDULE

## GENERAL ORDER 45 ATTESTATION

I, Daniel LeBel, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Re Summary Judgment Briefing Schedule for Plaintiff James Thomas Long's Motion for Leave to Amend. I hereby attest that authority for and concurrence in the filing of this stipulation has been obtained from each of the signatories, pursuant to General Order 45 X.B.

Dated: December 10, 2013

By */s/ Daniel T. LeBel*
Daniel T. LeBel