Daniel T. LeBel, SBN 246169
danlebel@consumerlawpractice.com
CONSUMER LAW PRACTICE
OF DANIEL T. LEBEL
3 Embarcadero Center, Suite 1650
San Francisco, CA 94111
Tel: (415) 513-1414

ADDITIONAL COUNSEL
LISTED ON SIGNATURE PAGE

*Attorneys for Individual and
Representative Plaintiff
James Thomas Long d/b/a
James Thomas Long Photography*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JAMES THOMAS LONG d/b/a JAMES THOMAS LONG PHOTOGRAPHY, on behalf of himself and the proposed class; <br><br> Plaintiff, <br><br> v. <br><br> INGENIO, INC. d/b/a AT&T Interactive, a corporation; and DOES 1-50, <br><br> Defendants. | Case No. CV 10-5761 RS <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER RE BRIEFING SCHEDULE FOR MOTION FOR LEAVE TO AMEND** <br><br> Judge:   Hon. Richard Seeborg <br><br> CLASS ACTION |

1.      WHEREAS, on November 15, 2013, the Court ordered Plaintiff to file a motion for leave to amend ("Motion");

2.      WHEREAS, in addition to other obligations, Plaintiff's counsel are presently preparing briefing in other matters, and Plaintiff's lead counsel is preparing for a bench trial on December 13, 2013; and

3.      WHEREAS, pursuant to Civil Local Rule 6-2(a), the parties agree to an enlarged briefing schedule.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties as follows:

- James Thomas Long will file his Motion by December 23, 2013;
- Ingenio Inc. will file its brief in opposition by January 13, 2013;
- James Thomas Long will file a reply brief in support of the Motion by January 21, 2013; and
- the Motion will be heard on Thursday, February 6, 2013, or on another date thereafter at the Court's convenience.

/ / /

/ / /

/ / /

/ / /

1

2

    IT IS SO STIPULATED AND AGREED.

3

Dated:  December 10, 2013                    Respectfully submitted,

4

                                             CONSUMER LAW PRACTICE
5                                            OF DANIEL T. LEBEL

6                                            /s/ Daniel T. LeBel
7                                            Daniel T. LeBel

8

                                             Sheri L. Kelly,
9                                            LAW OFFICE OF SHERI L. KELLY

10
                                             Attorneys for Plaintiff and the proposed Class
11

12
Dated:  December 10, 2013                    KILPATRICK TOWNSEND STOCKTON, LLP
13
                                             /s/Mehrnaz Boroumand Smith
14                                           MEHRNAZ BOROUMAND SMITH

15                                           Attorneys for Defendant INGENIO, INC.
16                                           d/b/a AT&T INTERACTIVE

17

18       PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20

Dated:  12/11/13
21                                           Hon. Richard Seeborg
22                                           United States District Judge

23

24

25

26

27

28

                                        3
                    STIP. AND [PROPOSED] ORDER RE BRIEFING SCHEDULE

1
2

### GENERAL ORDER 45 ATTESTATION

3       I, Daniel LeBel, am the ECF user whose ID and password are being used to file this
4   Stipulation and [Proposed] Order Re Summary Judgment Briefing Schedule for Plaintiff James
    Thomas Long's Motion for Leave to Amend.  I hereby attest that authority for and concurrence in
5   the filing of this stipulation has been obtained from each of the signatories, pursuant to General
    Order 45 X.B.

6

    Dated:  December 10, 2013

7                                                    By */s/ Daniel T. LeBel*_____
8                                                       Daniel T. LeBel

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28