Daniel T. LeBel, SBN 246169
E-mail: danlebel@consumerlawpractice.com
CONSUMER LAW PRACTICE
OF DANIEL T. LₑBEL
3 Embarcadero Center, Suite 1650
San Francisco, CA  94111
Telephone: (415) 513-1414
Facsimile:  (877) 563-7848

Sheri L. Kelly, SBN 226993
E-mail: slk@sherikellylaw.com
LAW OFFICE OF SHERI L. KELLY
31 E. Julian St.
San Jose, CA  95112
Telephone:  (408) 287-7712
Facsimile:  (408) 583-4249

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES THOMAS LONG d/b/a JAMES THOMAS LONG PHOTOGRAPHY, individually, and for other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>YP WESTERN DIRECTORY LLC f/k/a PACIFIC BELL DIRECTORY, d/b/a AT&T ADVERTISING SOLUTIONS, a corporation; YP ADVERTISING LP f/k/a AT&T ADVERTISING L.P. d/b/a AT&T ADVERTISING SOLUTIONS, a limited partnership; YELLOWPAGES.COM LLC, a corporation; and DOES 1-50,<br><br>Defendants. | Case No. 10-CV-5761 RS<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; [~~PROPOSED~~] ORDER**<br><br>**Civil Local Rule 6-2**<br><br>Action Filed:     December 17, 2010<br>Trial Date:        None Set |

Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, Plaintiff James Thomas Long ("Plaintiff"), and Defendants YP Advertising & Publishing LLC and Yellow Pages.com LLC ("Defendants"), through their respective attorneys, stipulate as follows:

WHEREAS, on February 19, 2015, Defendants filed a motion for summary judgment (Dkt. No. 81);

WHEREAS, under the current schedule, Plaintiff's opposition is due on March 5, 2015, Defendants' reply is due March 12, 2015, and the hearing is currently scheduled for March 26, 2015 at 1:30 p.m.;

WHEREAS, Plaintiff and Defendants agree that additional time is necessary for the parties to assess their respective positions, and draft the opposition and reply;

WHEREAS, Plaintiff and Defendants therefore stipulate and agree that good cause exists to extend the briefing schedule, such that Plaintiff's opposition to Defendants' summary judgment motion is due March 19, 2015, Defendants' reply is due on April 9, 2015, and the hearing date is rescheduled to April 23, 2015 at 1:30 p.m., or on another date of the Court's preference;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to the Court's approval, the parties agree to the following:

- Plaintiff's opposition to Defendants' motion for summary judgment shall be due on March 19, 2015;
- Defendant's reply shall be due on April 9, 2015; and
- The hearing date for Defendants' motion shall be rescheduled to April 23, 2015, at 1:30 p.m., or another date of the Court's preference.

DATED: March 2, 2015                LAW OFFICE OF SHERI L. KELLY

By: /s/ Sheri L. Kelly
Attorney for Plaintiff
JAMES THOMAS LONG

DATED:  March 2, 2015                    KILPATRICK TOWNSEND & STOCKTON LLP

                                         By:  /s/ Mehrnaz Bouroumand Smith
                                             Attorneys for Defendants
                                             YP ADVERTISING & PUBLISHING
                                             LLC and YELLOW PAGES.COM LLC

## FILER'S ATTESTATION

I, Sheri L. Kelly, attest, pursuant to Civil L.R. 5-1(i)(3), that concurrence in the filing of this document has been obtained from the other signatory to this document.

DATED: March 2, 2015                     LAW OFFICE OF SHERI L. KELLY
                                         Sheri L. Kelly

                                         By:  /s/ Sheri L. Kelly
                                             Sheri L. Kelly
                                             Attorney for Plaintiff
                                             JAMES THOMAS LONG

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

4

5

6

7  DATED:  3/3/15

8  _____

   RICHARD SEEBORG

9  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## DECLARATION OF SHERI L. KELLY

2   I, Sheri L. Kelly, declare as follows:

3   1.   I am counsel of record for James Thomas Long in this matter.  I have personal

4   knowledge of the matters set forth herein, and if called upon to do so, could and would testify

5   competently thereto.  I submit this declaration in support of Plaintiff's and Defendants' Stipulation

6   to Modify Briefing Schedule on Defendants' Motion for Summary Judgment.

7   2.   As set forth in the Stipulation, Plaintiff and Defendants have stipulated to extend

8   the briefing schedule for defendants' motion for summary judgment (Dkt. No. 81), such that

9   Plaintiff's opposition will be due on March 19, 2015, Defendants' reply will be due on April 9,

10  2015, and the hearing date will be held on April 23, 2015 at 1:30 p.m., or on another date of the

11  Court's preference.

12  3.   Good cause exists to extend the current briefing schedule.  The parties agree that

13  more time is necessary for the parties to assess their respective positions and prepare their

14  opposition and reply.

15  4.   Pursuant to Local Rule 6-2(a)(3), the schedule proposed in this stipulation will not

16  affect any other deadlines set by the Court.

17  I declare under penalty of perjury under the laws of the United States of America that the

18  foregoing is true and correct.

19  Executed on March 2, 2015, at San Jose, California.

20

21  By:   /s/ Sheri L. Kelly
                 Sheri L. Kelly

22

23

24

25

26

27

28