1  Daniel T. LeBel, SBN 246169
   E-mail: danlebel@consumerlawpractice.com
2  CONSUMER LAW PRACTICE
   OF DANIEL T. LEBEL
3  3 Embarcadero Center, Suite 1650
   San Francisco, CA  94111
4  Telephone: (415) 513-1414
   Facsimile:  (877) 563-7848
5
6  Sheri L. Kelly, SBN 226993
   E-mail: slk@sherikellylaw.com
   LAW OFFICE OF SHERI L. KELLY
7  31 E. Julian St.
   San Jose, CA  95112
8  Telephone:  (408) 287-7712
   Facsimile:  (408) 583-4249
9
10  *Attorneys for Plaintiff*

11

12                **IN THE UNITED STATES DISTRICT COURT**
13                 **NORTHERN DISTRICT OF CALIFORNIA**
                     **SAN FRANCISCO DIVISION**
14

15  JAMES THOMAS LONG d/b/a JAMES          Case No. 10-CV-5761 RS
    THOMAS LONG PHOTOGRAPHY,
16  individually, and for other persons similarly   **STIPULATION TO MODIFY BRIEFING**
    situated,                              **SCHEDULE ON DEFENDANTS'**
17                                         **MOTION FOR SUMMARY JUDGMENT;**
                  Plaintiff,               **[PROPOSED] ORDER**
18
         vs.                               **Civil Local Rule 6-2**
19
20  YP WESTERN DIRECTORY LLC f/k/a
    PACIFIC BELL DIRECTORY, d/b/a AT&T     Action Filed:      December 17, 2010
21  ADVERTISING SOLUTIONS, a corporation;  Trial Date:        None Set
    YP ADVERTISING LP f/k/a AT&T
22  ADVERTISING L.P. d/b/a AT&T
    ADVERTISING SOLUTIONS, a limited
23  partnership; YELLOWPAGES.COM LLC, a
    corporation; and DOES 1-50,
24
                  Defendants.
25

26

27

28
                                                        3:10-CV-5761 RS

1    Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, Plaintiff James Thomas Long ("Plaintiff"),

2  and Defendants YP Advertising & Publishing LLC and Yellow Pages.com LLC ("Defendants"),

3  through their respective attorneys, stipulate as follows:

4    WHEREAS, on February 19, 2015, Defendants filed a motion for summary judgment

5  (Dkt. No. 81);

6    WHEREAS, under the original schedule, Plaintiff's opposition was due on March 5, 2015,

7  Defendants' reply was due on March 12, 2015, and the hearing was scheduled for March 26, 2015

8  at 1:30 p.m.;

9    WHEREAS, Plaintiff and Defendants thereafter stipulated and agreed and the Court

10  entered an order to extend the briefing schedule, such that Plaintiff's opposition to Defendants'

11  summary judgment motion is currently due March 19, 2015, Defendants' reply is due on April 9,

12  2015, and the hearing is scheduled for April 23, 2015 at 1:30 p.m. (Dkt. No. 84);

13    WHEREAS, the parties agree and stipulate good cause exists to extend the briefing

14  schedule an additional week to allow Plaintiff to address the issues raised in Defendants' Motion;

15    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to

16  the Court's approval, the parties agree to the following:

17    •    Plaintiff's opposition to Defendants' motion for summary judgment shall be due on

18         March 26, 2015;

19    •    Defendant's reply shall be due on April 16, 2015; and

20    •    The hearing date for Defendants' motion shall be rescheduled to the next available

21         date on the Court's calendar, May 14, 2015, at 1:30 p.m., or another date of the

22         Court's preference.

23

24  DATED: March 18, 2015                    CONSUMER LAW PRACTICE
                                             OF DANIEL T. LEBEL
25

26                                      By: /s/ Daniel T. LeBel
                                             Attorney for Plaintiff
27                                           JAMES THOMAS LONG

28
                                          1

DATED:  March 18, 2015                    KILPATRICK TOWNSEND & STOCKTON LLP

                                          By: /s/ Mehrnaz Bouroumand Smith
                                          Attorneys for Defendants
                                          YP ADVERTISING & PUBLISHING
                                          LLC and YELLOW PAGES.COM LLC

**FILER'S ATTESTATION**

    I, Daniel T. LeBel, attest, pursuant to Civil L.R. 5-1(i)(3), that concurrence in the filing of
this document has been obtained from the other signatory to this document.

DATED:  March 18, 2015                    CONSUMER LAW PRACTICE
                                          OF DANIEL T. LEBEL

                                          By: /s/ Daniel T. LeBel

                                          Attorney for Plaintiff
                                          JAMES THOMAS LONG

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

4  DATED: 3/19/15

5  _____

RICHARD SEEBORG

6

United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3                                   3:10-CV-5761 RS