UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES THOMAS LONG,<br><br>    Plaintiff,<br><br>  v.<br><br>INGENIO INC, et al.,<br><br>    Defendants. | Case No. 10-cv-05761-RS<br><br>**JUDGMENT** |

Based on the order entered this date granting defendants' motion for summary judgment and denying plaintiff's motion for leave to amend, judgment is hereby entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED**.

Dated: August 11, 2015

_____
RICHARD SEEBORG
United States District Judge